JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HILDA YESENIA McKEEHAN, | Case No. ED CV 18-2467 FMO (SPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL WHITAKER, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 11th day of March, 2019.

                                                            /s/
                                         Fernando M. Olguin
                                       United States District Judge